No. 4,598.—JAMES R. COSTELLO, RESPONDENT, *v.* MARY A. COSTELLO, APPELLANT.

*Appeal from District Court, Silver Bow County; Edwin M. Lamb, Judge.*

Decided September 23, 1921.

PER CURIAM.—This cause this day came on for judgment and decision by stipulation of the parties. Whereupon, in pursuance of said stipulation of the respective parties filed herein, it is now here ordered and adjudged that the judgment of the court below, made on the thirtieth day of August, 1919, and the order made on the twentieth day of December, 1919, be, and the same are hereby, affirmed; each party to pay his own costs of appeal.

*Messrs. Nolan & Donovan,* for Appellant.

*Messrs. Binnard & Rodger,* for Respondent.

---

No. 4,908.—STATE EX REL. S. L. DYER, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Supervisory Control directed against the District Court of Powell County, and Geo. B. Winston, its Judge.

Decided September 26, 1921.

PER CURIAM.—The application of the relator herein for writ of supervisory control is, after due consideration, denied.

*Mr. S. P. Wilson,* for Relator.